AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

FILED
JUN 7 - 2007
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

CASE NUMBER: CR07-357 JW

I, Carlos Ruano-Salguero, the above named defendant, who is accused of

illegal reentry, 8 U.S.C. §1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/7/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Patricia V. Trumbull_
Judicial Officer