# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CRIMINAL MINUTES

Judge: James Ware                    Courtroom Deputy: Elizabeth Garcia
Date:  6/11/2007                     Court Reporter: Irene Rodriguez
Case No: CR-07-00357 JW              Interpreter:   N/A
                                     U.S. Probation Officer: N/A

### TITLE

**U.S.A. v. Carlos Ruano-Salquero ( C)**

**Attorney(s) for Plaintiff(s): Benjamin Kennedy**
**Attorney(s) for Defendant(s): Lara Vinnard**

### PROCEEDINGS

**1.  Dispositional Hearing**
**2.  Judgment and Sentencing (Fast Track)**

### ORDER AFTER HEARING

Hearing Held.  Defendant Ruano-Salquero present and in custody for proceedings.
The Defendant plead guilty as to Count 1 of the Information.  A plea agreement was executed in open court.
The Defendant  is sentenced as to Count 1 of the Information.  The defendant is committed to 21 months  BOP
custody; 3 years supervised release; $100.00 special assessment.  The Court makes the following
recommendation to the BOP that the Defendant be housed in a California Facility for his term of custody.

_____/ecg/_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: