F'  ~D

JUN 12 2007

CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | NO. CR 07-00357 JW |
|---|---|
| Plaintiff, | **SEALING ORDER PURSUANT TO GENERAL ORDER 54** |
| v. | |
| RUANO-SALQUERO, | |
| Defendant. | |

The following documents in this action are placed under seal and shall not be opened except by the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise opened except by order of this court upon application.

___ Presentence Report

___ Plea Agreement

_X_ Statement of Reasons

___ _____
       (Other)

Dated: June 12, 2007

JAMES WARE
United States District Judge

Case 5:07-cr-00357-JW   Document 12   Filed 06/12/2007   Page 2 of 2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

Benjamin Timothy Kennedy benjamin.t.kennedy@usdoj.gov

Lara Suzanne Vinnard  lara_vinnard@fd.org.

United States Marshal Service
280 South First Street
San Jose, CA 95113

Dated: 6/12/07

Richard W. Wieking, Clerk

By: _____
Elizabeth Garcia
Courtroom Deputy

United States District Court
For the Northern District of California