# EXHIBIT A

T858

**ABSTRACT OF JUDGMENT -- PRISON COMMITMENT -- DETERMINATE
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM**
(Not to be used for multiple count convictions or for 1/3 consecutive sentences)

MAR 10 2003
OK'D TO GO S/W NOT
DUPLICATE
ORIGINAL FILED FEB 27 2003

[X] SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
[ ] MUNICIPAL BRANCH OR JUDICIAL DISTRICT: CENTRAL DISTRICT - CRIMINAL

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: RUANO, CARLOS MAURICIO  DOB: 09/06/82
AKA:
CII #: A22106987
BOOKING #: ~~7453911~~  7546 324    [ ] NOT PRESENT

CASE NUMBER: BA237964-01

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT    [ ] AMENDED ABSTRACT

| DATE OF HEARING | DEPT. NO. | JUDGE |
|---|---|---|
| 02/05/03 | 634 | PATRICIA J. TITUS |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|
| RENEE WENZEL | JOSEFINA CONTRATTO | X-1835531 |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | APPTD |
|---|---|---|
| MICHELLE M. HUMPHREY | DAVID MARSH PD | [ ] |

1. Defendant was convicted of the commission of the following felony:

| CNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DAY/YEAR) | CONVICTED BY JURY | COURT | PLEA | TERM (L.W.U.) | TIME IMPOSED YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02 | PC | 12025(A)(1) | CARRY CONCEALD WEAPN W/IN VEHI | 2002 | 11/01/02 | | | X | L | 1 | 4 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly PC 667 series). List all enhancements based on prior convictions or prior prison terms. DO NOT LIST any enhancements stricken under PC 1385.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|

4. [ ] Defendant was sentenced pursuant to PC 667(b)-(i) or PC 1170.12 (two-strikes).

5. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
   a. RESTITUTION FINE of: $_____ per PC 1202.4(b) forthwith per PC 2085.5
   b. RESTITUTION FINE of: $_____ per PC 1202.45 suspended unless parole is revoked.
   c. RESTITUTION of: $_____ per PC 1202.4(f) to [ ] victim(s)* [ ] Restitution Fund
      (*List victim name(s) if known and amount breakdown in item 7, below.)
      (1) [ ] Amount to be determined.  (2) [ ] Interest rate of: ____ % (not to exceed 10% per PC 1204.4(f)(3)(F))
   d. [ ] LAB FEE of: $_____ for counts: _____ per H&SC 11372.5(a).
   e. [ ] DRUG PROGRAM FEE of $150 per H&SC 11372.7(a).    f. [ ] FINE of: $_____ per PC 1202.5

6. TESTING: [ ] AIDS  [ ] DNA  pursuant to [ ] PC 1202.1  [ ] PC 290.2  [ ] other (specify):

7. Other orders (specify): **PROBATION TERMINATED. DEFENDANT'S REQUEST TO MODIFY AND TERMINATE PROBATIONARY STATUS IS GRANTED.**

8. TOTAL TIME IMPOSED
9. [X] This sentence is to run concurrent with (specify): **BA241604-01.**    1    4

10. Execution of sentence imposed
    a. [ ] at initial sentencing hearing.          d. [ ] at resentencing per recall of commitment. (PC 1170(d).)
    b. [ ] at resentencing per decision on appeal. e. [ ] other (specify):
    c. [X] after revocation of probation.

11. | DATE SENTENCE PRONOUNCED | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | [ ] 4019 | SERVED TIME IN STATE INSTITUTION |
|---|---|---|---|---|---|---|
| 02/05/03 | | 62 INCLUDING | 42 | 20 | [ ] 2933.1 | [ ] DMH [ ] CDC [ ] CRC |

12. The defendant is remanded to the custody of the sheriff [X] forthwith  [ ] after 48 hours excluding Saturdays, Sundays, and holidays.
    To be delivered to [X] the reception center designated by the director of the California Department of Corrections.
    [ ] other (specify):

CLERK OF THE COURT: I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: _[signature]_    DATE: 02/21/03

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted by the
Judicial Council of California
CR-290.1 (Rev. January 1, 1999)

**ABSTRACT OF JUDGMENT -- PRISON COMMITMENT -- DETERMINATE
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM**

Penal Code,
§§ 1170,
1213, 1213.5

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br>v.<br>01 CARLOS MAURICIO RUANO (9/6/1982)<br>Defendant(s). | CASE NO. BA237964<br><br>*FELONY COMPLAINT* |

The undersigned is informed and believes that:

COUNT 1

On or about October 19, 2002, in the County of Los Angeles, the crime of CARRYING LOADED FIREARM NOT REGISTERED, in violation of PENAL CODE SECTION 12031(a)(1), a Felony, was committed by CARLOS MAURICIO RUANO, who unlawfully carried a loaded firearm on the person and in a vehicle and said firearm was not registered to the defendant.

* * * * *

COUNT 2

On or about October 19, 2002, in the County of Los Angeles, the crime of HAVING A CONCEALED FIREARM IN A VEHICLE, in violation of PENAL CODE SECTION 12025(a)(1), a Felony, was committed by CARLOS MAURICIO RUANO, who did unlawfully carry concealed within a vehicle which was under his/her control and direction a pistol, revolver and firearm capable of being concealed upon the person.

It is further alleged that the firearm and unexpended ammunition were in the immediate possession of, and readily accessible to, the defendant and that the firearm was not registered to the defendant.

* * * * *

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER BA237964, CONSISTS OF 2 COUNT(S).

Executed at LOS ANGELES, County of Los Angeles, on October 22, 2002.

_____
DECLARANT AND COMPLAINANT

STEVE COOLEY, DISTRICT ATTORNEY

BY: _____
MARGARET J. MOE, DEPUTY

AGENCY: LAPD - SOUTHWEST AREA  
DR NO.: 020333215

I/O: FELLOWS  
OPERATOR: CMD

ID NO.: 25478    PHONE: 213-237-1906  
PRELIM. TIME EST.: 30 MINUTE(S)

| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|---|---|---|---|---|---|
| RUANO, CARLOS MAURICIO | 022106987 | 9/6/1982 | 7453911 | $25,000 | |

Pursuant to Penal Code Section 1054.5(b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

# EXHIBIT B

Case 5:07-cr-00357-JW    Document 13-2    Filed 06/19/2007    Page 5 of 6

NAME: CARLOS RUANO-SALQUERO
CRIMINAL CASE NO. CR 07-00357 JW
RAP SHEET SUMMARY CHART

| | | | | |
|---|---|---|---|---|
| 1/10/01 | Los Angeles, CA | Vandalism | Convicted (misdemeanor) - 24 months probation, 20 days jail, restitution, work program, ISS | 1 |
| 2/6/01 | Glendale, CA | 1) Vandalism<br>2) False Identification to Specific Peace Officers<br>3) Vandalism | Count 1 - Dismissed/FOJ<br>Counts 2 & 3 - Convicted (misdemeanors) - 3 years probation, work program, fine, restitution | 1 |
| 1/13/03 | Los Angeles, CA | 1) Carry Loaded Firearm: Public: Special Circumstances.<br>2) Carry Concealed Weapon in Vehicle with Prior Felony Conviction | Count 1 - Dismissed/FOJ<br>Count 2 - Convicted (felony) - probation 2/5/03 - Probation Terminated - 16 months prison, concurrent with case #BA241604 | 3 |
| 1/8/04 | Los Angeles, CA | 1) Take Vehicle without Owner's Consent/Vehicle Theft<br>3) Evade Peace Officer: Disregard Safety | Count 1 - Dismissed/FOJ<br>Count 2 - Convicted (felony) - 2 years prison | 3 |
| 1/26/06 | Los Angeles, CA | Felon/Etc. Possess Firearm | Convicted (felony) - 3 years prison | 3 |
| | | **ADDITIONAL POINTS** | § 4A1.1(d) +2<br>§ 4A1.1(e) +1 | 3 |
| | | | **TOTAL POINTS** | 14 |
| | | | **CRIMINAL HISTORY CATEGORY** | VI |
| | | | **ADJUSTED BASE OFFENSE LEVEL** | 9 |
| | | | **GUIDELINE RANGE** | 21-27 |