UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED*__

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 6/20/2007 | **Court Reporter:** Irene Rodriguez |
| **Case No:** CR-07-0357 JW | **Interpreter:** N/A |
| | **U.S. Probation Officer:** N/A |

## TITLE

U.S.A. v. Carlos Ruano-Salquero

**Attorney(s) for Plaintiff(s):** David Callaway
**Attorney(s) for Defendant(s):** Lara Vinnard

## PROCEEDINGS

1. Defendant's Motion to Correct Sentence
2. Re-Judgment and Sentencing (Fast Track)

## ORDER AFTER HEARING

Hearing Held. Defendant Ruano-Salquero present and in custody for proceedings. The Court GRANTED the Stipulated request to Modify Defendant's Sentence pursuant to Federal Rule of Criminal Procedure 35(a). The Defendant is sentenced as to Count 1 of the Information. The Defendant is committed to 12 months and 1 Day BOP custody; 3 years supervised release under standard conditions and special condition of no illegal reentry; $100 special assessment. The Court makes the following recommendation that the Defendant be housed in a California Facility for his term of custody. The Defendant is remanded to custody.

_____/ecg/_____
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed/C. Escolano**
CC: